W. Charles Sipio (*pro hac vice*)
csipio@karpf-law.com
Karpf Karpf & Cerutti P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
(215) 639-0801 phone
(215) 639-4970 fax

Attorneys for Plaintiff LAURA GRILLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA GRILLO, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>ASTON NEWPORT BEACH LLC, a Delaware Company; U.S. AUTO TRUST a Delaware Company.<br><br>        Defendants. | Case No. 24-cv-00552-MAA<br><br>Hon. Maria A. Audero<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND [PROPOSED] ORDER** |

The parties have reached a settlement in the above-captioned action following a private mediation on December 5, 2024. The agreement provides, *inter alia*, that Plaintiff will dismiss this matter with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) once settlement is consummated. The parties anticipate this will occur no later than January 6, 2025. The Court's most recent order contains dates requiring

the parties to submit a joint ESI plan on or before December 10, 2024, which the parties respectfully submit is now moot.

Accordingly, the parties stipulate and respectfully request that the Court 1.) vacate the operative Scheduling Order in this case (ECF Doc. 35) and 2.) vacate the December 3, 2024 Order (ECF Doc. 50) requiring the parties to file a further E-Discovery plan for good cause shown.

Dated: December 6, 2024

/s/ W. Charles Sipio
W. Charles Sipio

/s/ Linh T. Hua
Linh T. Hua

*Attorney for Plaintiff*

*Attorney for Defendants*

**IT IS SO ORDERED.**

Date: _____

_____
HON. MARIA A. AUDERO
U.S. Magistrate Judge